Village of River Forest, appellee, v. George S. Forbes, appellant. Gen. No. 38,733.

Opinion filed April 20, 1936. Rehearing denied May 4, 1936.

Edward H. Kubitz, for appellant; George A. Mason, of counsel. Bryant, Roberts, Hwass & Colwell, for appellee; Henry L. Wells, of counsel.

Mr. Presiding Justice McSurely delivered the opinion of the court.